RECEIVED
IN MONROE, LA

FEB 13 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| VELBERT M. REED, SR.<br>La. Doc. No. 322981 | CIVIL ACTION NO. 05-1824-M |
| | SECTION P |
| VS. | |
| VENETIA MICHAEL, WARDEN | JUDGE JAMES |
| | MAGISTRATE JUDGE HAYES |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's second and successive Application for Writ of *Habeas Corpus* be and it is transferred to the United States Fifth Circuit Court of Appeals in accordance with 28 U.S.C. §2244(b)(3) for further proceedings by that Court.

**THUS DONE AND SIGNED**, in chambers, in Monroe, Louisiana, on this 13 day of February, 2006.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE