RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
SHREVEPORT, LOUISIANA
DATE 5/15/06

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 06-30213

05-1824
SCP

IN RE: VELBERT M. REED, SR.,

Movant.

U S COURT OF APPEALS
FILED
MAY 03 2006
CHARLES R. FULBRUGE III
CLERK

---

Motion for an order authorizing
the United States District Court for the Western
District of Louisiana to consider
a successive 28 U.S.C. § 2254 application

---

Before GARWOOD, STEWART, and DENNIS, Circuit Judges.

PER CURIAM:

Velbert M. Reed, Sr., Louisiana prisoner # 322981, moves for authorization to file a second or successive application under 28 U.S.C. § 2254. Reed intends to argue that his 35-year sentence for first degree robbery violates the principles announced in Blakely v. Washington, 542 U.S. 296 (2004), and Apprendi v. New Jersey, 530 U.S. 466 (2000).

The Supreme Court has not made the holdings in Blakely or Apprendi retroactively applicable to cases on collateral review. See In re Elwood, 408 F.3d 211, 213 (5th Cir. 2005). Reed thus fails to make a prima facie showing that (1) his claim relies on a new rule of constitutional law made retroactive to cases on

collateral review by the Supreme Court that was previously unavailable, or (2) "the factual predicate for [his] claim could not have been discovered previously through the exercise of due diligence" and such facts "would be sufficient to establish by clear and convincing evidence that, but for constitutional error, no reasonable factfinder would have found [him] guilty of the underlying offense." See § 2244(b)(2).

Accordingly, IT IS ORDERED that the motion for authorization to file a successive § 2254 application is DENIED.

5/8/06

# United States Court of Appeals
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

NOTICE: The clerk's office is moving permanently to 600 S. Maestri Place, New Orleans, LA 70130 in **June, 2006**. All correspondence expected to arrive at the court on or after **April 24, 2006** must be sent to this address.

May 3, 2006

Mr Robert H Shemwell, Clerk
Western District of Louisiana, Monroe
United States District Court
300 Fannin Street
Suite 1167
Shreveport, LA 71101

        No. 06-30213 In Re: Reed
        USDC No. 3:05-CV-1824

Enclosed is a certified copy of the judgment issued as the mandate.

Sincerely,

CHARLES R. FULBRUGE III, Clerk

By: _____
Kim Folse, Deputy Clerk
504-310-7712

cc: w/encl:
    Mr Velbert M Reed Sr

MDT-1